SUE CAMPBELL  
Attorney at Law, State Bar Number 98728  
1155 North First Street, Suite 218  
San Jose, California 95112  
Phone: (408) 277-0648  
Fax:   (408) 938-1035  

Attorney for Plaintiffs

*E-FILED 06-02-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>                Plaintiffs,<br><br>vs.<br><br>BAYVIEW ELECTRIC, INC., A California Corporation<br><br>                Defendant(s). | CASE NO.:11-CV-01172 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: June 7, 2011<br>Time: 1:30 P.M.<br>Place: Courtroom 2, 5th Floor |

    Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. A Request for Entry of Default has been filed.

### DESCRIPTION OF THE CASE

    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until August 2, 2011 to prepare and file

1 documents for a default judgment. Therefore, Plaintiffs request that the case be continued until
2 August 2, 2011, for another Case Management Conference.

5                                Respectfully submitted,
6 Dated: May 31, 2011           /S/_____
                                              SUE CAMPBELL
7                                   Attorney for Plaintiff

9 **ORDER**         1:30
10      The Case Management Conference is hereby continued to August 2, 2011, at ~~2:00~~ P.M.,
11 in Courtroom 2, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior
12 to the Case Management Conference. **Within 7 days from the date of this order, plaintiffs**
13 **shall file either a consent or declination to proceed before a United States Magistrate Judge.**

15 Dated: June 2, 2011 _____
16                               MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
                                            HOWARD R. LLOYD