SUE CAMPBELL  *E-FILED 08-02-2011*
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:      (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYVIEW ELECTRIC, INC., A California Corporation<br><br>Defendant(s). | CASE NO.:11-CV-01172 HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  August 2, 2011<br>Time:  1:30 P.M.<br>Place:  Courtroom 2, 5th Floor<br><br>**[Re:  Docket No. 11]** |

    Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default was entered on June 3, 2011.

## DESCRIPTION OF THE CASE

    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs are in the process of preparing documents for a default judgment. Plaintiffs

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 101**
**San Jose, CA 95112**

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 11-CV-01172 HRL

1  expect to have the documents filed within the next 30 days. Therefore, Plaintiffs request that the
2  case be continued until Tuesday September 6, 2011 for another Case Management Conference.

                                    Respectfully submitted,

6  Dated: July 29, 2011              /S/
                                    SUE CAMPBELL
7                                   Attorney for Plaintiff

### ORDER

The Case Management Conference is hereby continued to September 6, 2011, at 1:30 P.M., in Courtroom 2, 5th Floor.  Plaintiff ~~will file an update and proposed action ten (10) days prior to the Case Management Conference~~ **s' motion for default judgment shall be filed within 30 days from the date of this order.**

Dated: August 2, 2011
                                    _____
                                    MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT
                                    HOWARD R. LLOYD