1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 218
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs

**DENIED**
*Judge Howard R. Lloyd*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br>  Plaintiffs, <br><br> vs. <br><br> BAYVIEW ELECTRIC, INC., A California Corporation <br><br>  Defendant(s). | CASE NO.:11-CV-01172 HRL <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER <br><br> Date:  September 6, 2011 <br> Time:  1:30 P.M. <br> Place: Courtroom 2, 5th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default was entered on June 3, 2011.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs are obtaining declarations and corresponding documentation for a default

judgment. Plaintiffs will have the documentation filed within the next 30 days. Therefore, Plaintiffs request that the case be continued until Tuesday October 18, 2011 for another Case Management Conference.

Respectfully submitted,

Dated: September 2, 2011     /S/_____
SUE CAMPBELL
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to October 18, 2011, at 1:30 P.M., in Courtroom 2, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____     _____
JUDGE OF THE U.S. DISTRICT COURT