*E-FILED 10-14-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> BAYVIEW ELECTRIC INC., <br><br> Defendant. | No. C11-01172 HRL <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiffs move for entry of default judgment against defendant and for an award of attorney's fees and costs. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear that motion. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a district judge. See 28 U.S.C. § 636. The October 18, 2011 hearing is vacated.

SO ORDERED.

Dated: October 14, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-01172-HRL Notice has been electronically mailed to:

Sue Campbell     suecampbell@att.net, lawoffice@att.net, sue@campbelltrustlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.