*E-FILED - 11/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAYVIEW ELECTRIC, INC.,<br><br>　　　　Defendant. | CASE NO. C-11-01172-RMW<br><br>**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY** |

This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The clerk will close the file.

DATED: November 29, 2011

　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: