1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***E-FILED - 11/29/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOB TRAGNI AND WILLIAM T. BARROW,
et al.,

                    Plaintiff,

          v.

BAYVIEW ELECTRIC, INC.,

                    Defendant.

CASE NO. C-11-01172-RMW

**ORDER CLOSING FILE IN VIEW
OF BANKRUPTCY STAY**

    This action has been stayed by the defendant's bankruptcy proceedings.  Therefore, the case
is hereby closed.  It may be reopened on application by any party showing that the bankruptcy stay
has been lifted.  The clerk will close the file.

DATED:  November 29, 2011

_____
          RONALD M. WHYTE
    UNITED STATES DISTRICT JUDGE

1

2

3   Copy of Order E-Filed to Counsel of Record:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28